[69 NE3d 622, 46 NYS3d 835]

In the Matter of BRUCKNER REALTY LLC, Appellant, v JEANETTE CRUZ, Respondent.

Decided December 20, 2016

---

### APPEARANCES OF COUNSEL

*Sontag & Hyman, P.C.*, Roslyn Heights (*Marc H. Hyman* of counsel), for appellant.

*Jeanette Cruz*, respondent pro se.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative. Petitioner failed to satisfy its burden on its motion for summary judgment of making a prima facie showing of entitlement to judgment as a matter of law.

1140

Concur: Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia.